# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JENNIFER L. LASTER; ANDREW
THOMPSON; ELIZABETH VOORHIES,
on behalf of themselves and all
others similarly situated and on
behalf of the general public,
*Plaintiffs,*

and

VINCENT CONCEPCION; LIZA
CONCEPCION,
*Plaintiffs-Appellees,*

v.

AT&T MOBILITY LLC,
*Defendant-Appellant.*

No. 08-56394

D.C. No.
3:05-cv-01167-
DMS-AJB
Southern District of
California,
San Diego

ORDER

On Remand from the United States Supreme Court

Filed November 21, 2011

Before: Mary M. Schroeder, Stephen Reinhardt, and
Carlos T. Bea, Circuit Judges.

## ORDER

The case is remanded to the district court for proceedings consistent with the Supreme Court's opinion in *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011).